# William F. Tucker *et al.*

*v.*

# Joseph M. Watte.

New trial—*verdict against the evidence.* In this case the court refuse to disturb the finding of the court below on the ground, as urged, that the evidence fails to support such finding.

Appeal from the Circuit Court of Cook county; the Hon. Lambert Tree, Judge, presiding.

This was an action of trespass on the case, brought by William F. Tucker and John B. Sherman against Joseph M. Watte. The defendant filed a plea of not guilty, upon which

issue was joined; and upon a trial·before the court, a jury being waived, judgment was rendered in favor of the defendant for costs. ·The plaintiffs appeal.

Messrs. RICHARDSON & HULL, for the appellants.

Per CURIAM: This is a case depending wholly upon a question of fact. It was submitted for trial to the court without ·a jury. The testimony is conflicting. The witnesses were few in number, and the court below, hearing and seeing them, could better determine the credit to be given to the testimony of each one than we can do. While we entertain some doubt as to the correctness of the finding, we do not feel authorized to reverse the judgment.

The judgment of the court below is affirmed.

*Judgment affirmed.*